[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 27, 2010
JOHN LEY
CLERK

No. 10-11093
Non-Argument Calendar

_____

D.C. Docket No. 8:07-cr-00471-SDM-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILLIP KARL PRESCOTT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 27, 2010)

Before BLACK, MARTIN and FAY, Circuit Judges.

PER CURIAM:

A. Fitzgerald Hall, appointed counsel for Phillip Karl Prescott, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Prescott's convictions and sentences are **AFFIRMED**.